IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHERRI SCHULTHEIS, DIANE REED,
and KATHERINE WHEELER,

Plaintiffs,

v.

COMMUNITY HEALTH SYSTEMS, INC.,
a Delaware Corporation and MARION
HOSPITAL CORPORATION, d/b/a HEARTLAND
REGIONAL MEDICAL CENTER,

Defendants.                                                  No. 11-0435-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is the parties' stipulation for dismissal of all claims against all defendants with prejudice (Doc. 75). Based on the stipulation, the Court **DISMISSES with prejudice** this cause of action with each party to bear its costs. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 9th day of August, 2012.

David R. Herndon
2012.08.09
07:36:31 -05'00'

**Chief Judge**
**United States District Court**