### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SHERRI SCHULTHEIS, DIANE REED,**
**and KATHERINE WHEELER,**

**Plaintiffs,**

**v.**

**COMMUNITY HEALTH SYSTEMS, INC.,**
**a Delaware Corporation and MARION**
**HOSPITAL CORPORATION, d/b/a HEARTLAND**
**REGIONAL MEDICAL CENTER,**

**Defendants.**                                            **No. 11-CV-0435-DRH**

## JUDGMENT IN A CIVIL CASE

   **DECISION BY COURT.**  This matter is before the court on parties' stipulation
for dismissal of all claims against all defendants.

   **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order
entered by this Court on August 9, 2012, this case is **DISMISSED**  with prejudice.
Each party shall bear their own costs.

                              **NANCY J. ROSENSTENGEL,**
                              **CLERK OF COURT**


                              BY:_____ /s/*Sandy Pannier*_____
                                            **Deputy Clerk**

Dated: August 9, 2012

                              David R. Herndon
                              2012.08.09
                              07:39:12 -05'00'
APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT